UNITED STATES BANKRUPTCY COURT

Northern District of Georgia
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

In Re: Plaintiff
**Bobby Ray Smith**
3011 Olde Tabby Drive
Douglasville, GA 30135

xxx−xx−5880

− v −

Defendant
**Pacific Union Financial, LLC**

Case No.: **18−05307−sms**
Judge: **Sage M. Sigler**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**January 29, 2019** at **10:00 AM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

STATUS CONFERENCE

1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: January 14, 2019

Form 165ap