**IT IS ORDERED as set forth below:**

**Date: March 5, 2019**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bobby Ray Smith and | ) | Case No. 17-67880-sms |
| Cheryl Kinsey Smith, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |

_____

| | | |
|---|---|---|
| Bobby Ray Smith and | ) | Adversary No.: 18−05307−sms |
| Cheryl Kinsey Smith | ) | |
| | ) | |
| Plaintiff(s)/Movant(s) | ) | |
| vs. | ) | |
| | ) | |
| Pacific Union Financial, LLC | ) | |
| | ) | |
| Defendant/Respondent | ) | |

_____

## **CONSENT ORDER**

On November 19, 2018, Debtors filed an Adversary Proceeding To Determine Dischargeability Pursuant To Federal Rule Of Bankruptcy Procedure 4007 and 11 U.S.C. § 1328(c)(1) ("Adversary") (Doc. 41).  The parties have agreed to resolve the matter under the following terms without any opposition from the Chapter 13 Trustee, and good cause has been shown.  Accordingly, the parties agree as follows:

1.

The debt held by the Defendant and secured by a mortgage granted on Plaintiff's residence, located at 3011 Olde Tabby Drive, Douglasville, Georgia 30135-9222 is provided for in Debtor's' Confirmed Plan in accordance with 11 U.S.C. § 1322(b)(5).

2.

The debt held by the Defendant as referenced herein is not subject to discharge pursuant to 11 U.S.C. § 1328(c)(1) and is thus excepted from any discharge order this Court may enter upon Debtors' completion of their plan.

It is hereby **ORDERED** that the agreement as described herein is approved and is adopted as the determination of this Court.

[END OF DOCUMENT]

Prepared and Presented by:

 */s/ Matthew T. Berry*
Matthew T. Berry, GA Bar No.: 055663
Attorney for Movants/Debtors
2751 Buford Highway, NE, Suite 600
Atlanta, GA 30324
Tel. (404) 235-3334
Email: matt@mattberry.com


Consented to by:

/s/ Bret J. Chaness *by Matthew Berry with express permission*
Bret J. Chaness
Georgia Bar No.: 720572
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
*Attorney for Pacific Union Financial, LLC*


No opposition by:

 */s/By Matthew Berry  w/ express permission*
 K. Edward Safir
 GA Bar No. 622149
 Attorney for Chapter 13 Trustee
 191 Peachtree Street, NE
 Suite 2200
 Atlanta, GA 30303
 (404) 525-1110

**DISTRIBUTION LIST**

Bobby Ray Smith & Cheryl Kinsey Smith
3011 Olde Tabby Drive
Douglasville, Georgia 30135-9222


Matthew Thomas Berry
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324


Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, Georgia 30303-1740


Bret J. Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071